IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD BENFORD,

    Plaintiff,                 CV F 05 0183 REC  WMW  P

  vs.                           <u>ORDER</u>

K. MENDOZA-POWERS, et al.,

    Defendants.
_____/

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action was initiated by civil complaint filed by plaintiff on February 9, 2005. On March 25, 2005, plaintiff filed a first amended complaint. Pursuant to Federal Rule of Civil Procedure 15(c), plaintiff may amend his complaint once, as a matter of right, without leave of court. On May 5, 2005, plaintiff lodged with the court a second amended complaint. The court will direct that the second amended complaint be filed. Plaintiff is cautioned, however, that in the future he may not amend the complaint without leave of court. The Clerk's Office is therefore directed to file the second amended complaint lodged on May 5, 2005.

1  IT IS SO ORDERED.

2  **Dated:     May 13, 2005**              **/s/  William M. Wunderlich**
   j14hj0                                   UNITED STATES MAGISTRATE JUDGE

2