IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD BENFORD,

    Plaintiff,　　　　　　　　　　　　CV F 05 00183 REC WMW   P

  vs.　　　　　　　　　　　　　　　　　<u>ORDER RE MOTION (DOC 9 )</u>

K. MENDOZA-POWERS, et al.,

    Defendants.

                                       /

Plaintiff has filed a motion requesting change of venue. In addition to the generalized allegation that plaintiff has little chance of receiving a fair trial, plaintiff states that "this institution has family members employed at the Fresno Eastern District Court." Plaintiff offers no specific factual allegations, and proffers no legal argument or authority to support his motion. Venue is proper in the Fresno Division of the Eastern District. 28 U.S.C. § 1391(b). Plaintiff's motion for change of venue is therefore denied.

IT IS SO ORDERED.

**Dated:  May 13, 2005**　　　　　　　　　　　　/s/  William M. Wunderlich
j14hj0　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1