IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD BENFORD,

    Plaintiff,                                 CV F 05 00183 REC WMW   P

  vs.                                       <u>ORDER RE MOTION (DOC 10 )</u>

K. MENDOZA-POWERS, et al.,

    Defendants.

        Plaintiff has filed a motion requesting discovery.  Until such time as a discovery order is entered (upon the filing of an answer), no discovery may be had by any party.   Plaintiff's motion for discovery is therefore denied.

IT IS SO ORDERED.

**Dated:  May 13, 2005**                  /s/ **William M. Wunderlich**
j14hj0                                   UNITED STATES MAGISTRATE JUDGE